# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JUDY EVELAND**                                                                                                    **PLAINTIFF**

**V.**                            **CASE NO. 3:16-CV-131-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## ORDER

Plaintiff Judy Eveland's Motion to Dismiss Without Prejudice (docket entry #5) is GRANTED.  Ms. Eveland's claims are DISMISSED, without prejudice, this 7th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE