IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JUDY EVELAND**                                                      **PLAINTIFF**

V.                     CASE NO. 3:16-CV-131-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, this 7th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE